```
 1  LAW OFFICES OF KOTTLER AND KOTTLER
    DONALD KOTTLER, ESQ.      [SBN 41435]
 2  DOUGLAS E. KOTTLER, ESQ.  [SBN 157463]
    3580 Wilshire Boulevard, Suite 1400
 3  Los Angeles, California 90010-2536
    Tel. No.: (213) 387-2266
 4  Fax No.: (213) 387-2889
 5  Attorneys for Plaintiff,
    MICHAEL LARKIN
 6
 7
 8           UNITED STATES DISTRICT COURT
 9        FOR THE CENTRAL DISTRICT OF CALIFORNIA
10  MICHAEL LARKIN            )  CASE NO.: CV10-3214 AHM (SHx)
                              )
11                            )
                  Plaintiff,  )
12                            )
                              )  STIPULATION TO DISMISS
13                            )  ACTION
                              )
14  vs.                       )  [Fed. R. Civ. P. 41(a)(1)]
                              )
15                            )
                              )
16  ANHEUSER-BUSCH, INC.; ACE )
    BEVERAGE CO.; and DOES 1 through )
17  100, Inclusive            )
                              )
18                            )
                              )
19                Defendants. )
20
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

RECEIVED BUT NOT FILED
JUN 14 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT IS SO ORDERED
Dated: JUN 16 2010
_____
United States District Judge

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, the undersigned parties, by and through their counsel, stipulate to the dismissal of this action with prejudice. Each party to this stipulation hereby agrees to bear its own fees and costs.

DATED: June 08, 2010    LAW OFFICES OF KOTTLER AND KOTTLER

By: _____
Douglas H. Kottler, Esq.
Attorneys for Plaintiff

DATED: June 6, 2010    GORDON & REES LLP

By: _____
Kevin W. Alexander
Attorneys for Defendant